■ In the Matter of CHEMICAL BANK NEW YORK TRUST COMPANY, Respondent, v. METRO GLOVES, INC., Judgment Debtors. STANLEY S. LIEBERMAN, Intervening Judgment Creditor-Appellant.— Order entered on July 5, 1963 granting a motion by the judgment creditor to compel the turnover to judgment creditor of funds held in escrow, unanimously affirmed, with $30 costs and disbursements to the respondent. (See *Matter of Wickwire Spencer Steel Co.* v. *Kemkit Scientific Corp.,* 292 N. Y. 139, 142; but, cf. *City of New York* v. *Panzirer,* 23 A D 2d 158.) Concur — Breitel, J. P., Rabin, McNally, Stevens and Eager, JJ.

■ In the Matter of HYMAN PARNESS, an Attorney.— Motion for reinstatement to the Bar granted. Concur — Botein, P. J., Breitel, Valente, Stevens and Eager, JJ.

■ HEUBLEIN, INC., Appellant, v. SEYOPP CORPORATION, Doing Business as QUALITY HOUSE LIQUORS, Respondent. HOUSE OF SEAGRAM, INC., Appellant, v. SEYOPP CORPORATION, Also Known as QUALITY HOUSE LIQUORS, Respondent. HIRAM WALKER INCORPORATED, Appellant, v. SEYOPP CORPORATION, Respondent. NATIONAL DISTILLERS AND CHEMICAL CORPORATION, Appellant, v. SEYOPP CORPORATION, Respondent. SCHIEFFELIN & CO., Appellant, v. SEYOPP CORPORATION, Respondent.— Orders entered on April 1, 1965, April 22, 1965 and May 25, 1965, unanimously reversed, on the law and on the facts, without costs or disbursements and the motions for a temporary injunction granted on the authority of *National Distillers & Chem. Corp.* v. *Macy & Co.* (23 A D 2d 51). Leave is granted to defendant to appeal to the Court of Appeals if so advised. Settle orders on notice. Concur — Botein, P. J., Breitel, Stevens, Eager and Staley, JJ.